Jesse Ortiz (SBN 176450)
**Ortiz Law Group P.C.**
1510 J Street, Ste. 100
Sacramento, CA 95814
Phone: (916) 443-9500
Jesse@jesseortizlaw.com

Attorney for Defendant
Octavio Paque

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br><br>OCTAVIO PAQUE,<br><br>　　　　Defendant. | Case No.: 5:19-CR-00611-BLF-2<br><br>**JOINT STIPULATION AND ORDER GRANTING DEFENDANT PERMISSION TO TRAVEL OUTSIDE OF THE NORTHERN DISTRICT** |

**IT IS HEREBY STIPULATED** by and between plaintiff United States of America, by Kristina Greene, Assistant United States Attorney; and Defendant OCTAVIO PAQUE, and his attorney of record, Jesse Ortiz, that Octavio Paque shall be temporarily allowed to travel outside of the Northern District of California to attend a wedding of a close family friend, Francisco Barragan, in Las Vegas, Nevada. Pretrial Services Officer Kimberly Do has no objection to Mr. Paque's travel request. Mr. Paque shall be allowed to travel to Las Vegas on December 9, 2021, and must return by December 12, 2021, to the Northern District of California. Mr. Paque shall check in with the Pretrial Services Officer Kimberly Do on December 13, 2021.

　　**SO STIPULATED.**

Dated: December 8, 2021　　　　　　　　　　　　　　　__/s/ Jesse Ortiz_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Jesse Ortiz

1

1  
2  **Ortiz Law Group P.C.**
Attorney for Defendant Octavio Paque

3  Dated: December 8, 2021    STEPHANIE HINDS
4  United States Attorney

5  By:    /s/   Kristina Greene
Kristina Greene
6  Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

GOOD CAUSE APPEARING TO EXIST, the Court orders the following:

1. Octavio Paque shall be temporarily allowed to travel outside of the Northern District of California to attend a wedding of a Francisco Barragan in Las Vegas, Nevada. Mr. Paque shall be allowed to travel to Las Vegas on December 9, 2021, and must return by December 12, 2021, to the Northern District of California.
2. Mr. Paque shall immediately check in with the Pretrial Services Officer Kimberly Do on December 13, 2021.

DATED: December 9, 2021

IT IS SO ORDERED
Judge Donna M. Ryu

DONNA M. RYU for SUSAN van KEULEN
United States Magistrate Judge