# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br> v.<br>OCTAVIO PAQUE,<br>   Defendant. | Case No. 19-cr-00611-BLF-2<br><br>**ORDER GRANTING DEFENDANT OCTAVIO PAQUE'S APPLICATION FOR WRIT OF HABEAS CORPUS *AD TESTIFICANDUM***<br><br>[Re: ECF 183] |

Defendant Octavio Paque has filed an application for issuance of a Writ of Habeas Corpus *ad Testificandum* so that he may appear and testify at the evidentiary hearing set by this Court with respect to his pending Motion to Vacate Conviction under 28 U.S.C. § 2255. Defendant Octavio Paque is in the custody of the Department of Homeland Security and is housed at an immigration detention center in Tacoma, Washington. For good cause shown,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus *ad Testificandum* issue out of this Court, directing the production of the body of Octavio Paque, via the custody of the United States Marshal for the Northern District of California, to the United States District Court, Northern District of California, Courtroom 1, 5th Floor, 280 South 1st Street, San Jose California, 95113, to attend and provide testimony at the evidentiary hearing set for August 20, 2024 at 10:30 a.m., and for Octavio Paque's transport to the Northern District of California as soon as possible upon receipt of this Order to aid in preparation for the evidentiary hearing with counsel.

Dated: July 10, 2024

                  _____
                  BETH LABSON FREEMAN
                  United States District Judge