# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>OCTAVIO PAQUE,<br><br>  Defendant. | Case No. 19-cr-00611-BLF-2<br><br>**WRIT OF HABEAS CORPUS *AD TESTIFICANDUM* FOR OCTAVIO PAQUE** |

**TO:  UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA AND ANY OTHER UNITED STATES MARSHAL;**

**ALEJANDRO MAYORKAS, UNITED STATES SECRETARY OF HOMELAND SECURITY;**

**PATRICK LECHLEITNER, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND**

**DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, NORTHWEST ICE PROCESSING CENTER**

## WRIT OF HABEAS CORPUS *AD TESTIFICANDUM*

<u>GREETINGS</u>

YOU ARE HEREBY ORDERED to produce the body of OCTAVIO PAQUE, Immigration Detainee No. A047313602, who is now in the custody of the Department of Homeland Security, and being detained at Northwest ICE Processing Center, 1623 E J Street, Tacoma, Washington, 98421, via the custody of the United States Marshal for the Northern District of California, to the United States District Court, Northern District of California, Courtroom 1, 5th Floor, 280 South 1st Street, San Jose California, 95113, to attend and provide testimony at the evidentiary hearing set for August 20, 2024 at 10:30 a.m.;

1    IT IS FURTHER ORDERED that OCTAVIO PAQUE be transported to the Northern District of California as soon as possible upon receipt of this Writ to aid in preparation for the evidentiary hearing with counsel, and that OCTAVIO PAQUE be produced from time to time and day to day as ordered by this Court until excused by this Court;

IT IS FURTHER ORDERED that upon his release and discharge by this Court, OCTAVIO PAQUE shall be returned to the custody of the Department of Homeland Security, Northwest ICE Processing Center, 1623 E J Street, Tacoma, Washington, 98421; and

IT IS FURTHER ORDERED that you notify the Court of any change in custody of OCTAVIO PAQUE and that you provide any new custodian with a copy of this Writ.

Dated: July 10, 2024

_____
BETH LABSON FREEMAN
United States District Judge