**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  19-cr-00611-BLF-2 |
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANT'S MOTION TO COMPEL** |
| OCTAVIO PAQUE, | [Re:  ECF 193] |
| Defendant. | |

On August 15, 2024, the Court granted a limited waiver of the attorney-client privilege between Defendant and immigration attorney Brian Hedrick.  *See* Order Granting United States' *Ex Parte* Mot., ECF 192.

On August 16, 2024, Defendant filed a Motion to Compel, asking that the United States be required to disclose to the defense "any materials it receives regarding the advice Mr. Hedrick provided to Mr. Paque."  Def.'s Mot. to Compel, ECF 193.  Defendant asserts that he would be put at an unfair advantage should the United States have exclusive access to those materials.  *See id.*  Defendant is the holder of the attorney-client privilege, and may request all relevant materials directly from Mr. Hedrick.  Defendant has not provided any legal basis for requiring the United States to disclose to the defense all information it obtains from Mr. Hedrick.  Accordingly, Defendant's Motion to Compel is DENIED.

This order does not relieve the United States from complying with its ordinary disclosure obligations.

**IT IS SO ORDERED.**

Dated:  August 16, 2024

_____
BETH LABSON FREEMAN
United States District Judge