# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>OCTAVIO PAQUE,<br><br>  Defendant. | Case No. 19-cr-00611-BLF-2<br><br>**ORDER DENYING DEFENDANT PAQUE'S MOTION FOR RELEASE ON BOND**<br><br>[Re: ECF 200] |

For the reasons stated on the record at the hearing held November 12, 2024, Defendant Octavio Paque's motion for release on bond (ECF 200) is DENIED.

**IT IS SO ORDERED.**

Dated: November 12, 2024

_____
BETH LABSON FREEMAN
United States District Judge